UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YASHICA E. DANIEL, an individual and a citizen of the State of Georgia.<br>   Plaintiff, | )<br>)<br>)<br>)<br>)<br>) | CASE NO. |
| v. | )<br>) | |
| COMCAST CORPORATION, a Pennsylvania Corporation.<br>   Defendant. | )<br>)<br>)<br>) | |

## COMPLAINT

COMES NOW, Plaintiff, YASHICA E. DANIEL, by and through undersigned counsel, hereby files this Complaint against the Defendant, for damages. In support thereof, Plaintiff alleges, and states as follows:

## INTRODUCTION

1. This is an action brought by Plaintiff who was injured as a result of a motor vehicle accident on September 18, 2020.

2. Jataurus Hughley ("Mr. Hughley") was driving a motor vehicle for Defendant Comcast Corporation ("Comcast") within the scope of his employment and in furtherance of Comcast's business interest, that

struck the Plaintiff's vehicle in the rear on September 18, 2020, which occurred in Clayton County, Georgia.

3. At all times material hereto, Mr. Hughley was an employee for Comcast, and was acting within the scope of his employment for Comcast, in furtherance of the Comcast's business interest.

4. Comcast is vicariously liable for the actions of Mr. Hughley under the doctrine of Respondeat Superior.

## JURISDICTION and VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, because the amount in controversy exceeds $75,000.00, exclusive of interest, costs, and attorney fees, and is between parties of different states.

6. This case is instituted in the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §1391 as the judicial district in which all relevant events and omissions occurred.

7. The Defendant committed a tortious act (automobile negligence) in Clayton County, Georgia, which has subjected them to the jurisdiction of this Court pursuant to O.C.G.A § 9-10-91(2).

8. The Defendant transacts business within Georgia and specifically within the district of this Court, which has subjected them to the jurisdiction of this Court pursuant to O.C.G.A § 9-10-91(1).

## PARTIES

9. At all times relevant hereto, Plaintiff is a citizen of the State of Georgia.

10. At all times relevant hereto, Defendant is a corporation, who is incorporated in the State of Pennsylvania, whose principal place of business is in Philadelphia, Pennsylvania.

## GNENERAL ALLEGATIONS

11. On September 18, 2020, around 6:00pm, Plaintiff was in her vehicle that was at a complete stop in the left turning lane, facing southbound on Mt. Zion Road, in Clayton County, Georgia.

12. That on the same date a time, Mr. Hughley, who was driving a vehicle for Defendant, was driving a motor-vehicle southbound on Mt. Zion Road in Clayton County, Georgia.

13. As the Plaintiff was at stand-still at red light, located at the intersection of Mt. Zion Road and Conkle Road, the Defendant drove their vehicle into the rear of Plaintiff's vehicle, causing damage to the vehicle and injury to the Plaintiff.

14. The Plaintiff underwent months of medical treatment for her injuries; incurring medical expenses.

15. The Plaintiff was in pain and continues to feel pain from the incident.

16. The Plaintiff suffered spinal injuries in the cervical and lumbar regions of her spine which required chiropractic treatment and pain injection treatments.

## COUNT I- AUTOMOBILE NEGLIGENCE

17. Plaintiff reaffirms and realleges paragraphs 1 through 16.

18. That on the same time and place, Defendant was operating a motor vehicle on the same road as Plaintiff, in Clayton County, Georgia.

19. That on the same time and place Defendant owed a duty to the Plaintiff and all others on the road to operate his motor vehicle safely and according to Georgia law, specifically to not follow to close to the vehicle in front, in accordance with O.C.G.A § 40-6-49.

20. That at the same time and place, Defendant breached this duty owed to Plaintiff by operating their motor vehicle in a reckless, careless, and negligent manner, and in violation of, but not limited to, O.C.G.A § 40-6-49, O.C.G.A. § 40-6-390, and O.C.G.A. § 51-1-2-64,  so as to while driving southbound on Mt. Zion Road, Defendant was following too

close to the rear of the Plaintiff's vehicle and struck the rear of the Plaintiff's vehicle, while the Plaintiff's vehicle was at a stand-still.

21. That on the same date and time of the above mentioned and as a direct and proximate result of Defendant's negligence, Plaintiff has suffered and will continue to suffer past, present and future physical and mental pain and suffering, past, present and future loss of enjoyment of life, and/or aggravation of a previously existing condition. The losses are either permanent and/or continuing for Plaintiff.

## **PRAYERS FOR RELIEF**

**WHEREFORE,** Plaintiff prays that this Court enter judgment for the Plaintiff and against the Defendant and grant:

A. compensatory and consequential damages, including damages, loss of enjoyment of life, and other pain and suffering at an amount to be determined at trial;

B. economic losses on all claims allowed by law;

C. special damages in an amount to be determined at trial;

D. punitive damages on all claims allowed by law against the Defendant in an amount to be determined at trial;

E. pre- and post-judgment interest at the lawful rate; and,

F. any further relief that this court deems just and proper, and any other appropriate relief at law and equity.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues triable by jury.

Respectfully Submitted,

    NWAHIRI LAW, PLLC

    s/ TOBECHUKU TONY NWAHIRI
    _____
    TOBECHUKU TONY NWAHIRI
    Georgia Bar No. 268551
    Attorney for the Plaintiff
    Tobe@NwahiriLaw.com
    13499 Biscayne Boulevard, Suite 107, Miami, FL 33181
    P: 305-345-4117 F: 305-503-4614